NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-1310

Midland Funding LLC

- - Versus - -

Jason Stack

Ascension Parish Court
Case #: 2016034
Ascension Parish

On Application for Rehearing filed on  11/04/2021 by Jason Stack

Rehearing  _Denied_

_____
John Michael Guidry

_____
Guy Holdridge

_____
Wayne Ray Chutz

Holdridge J., concurs

Guy H.

Date  **DEC 0 7 2021**

_____
Rodd Naquin, Clerk